## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE MANUEL ROMAN, JR.,** : | |
|    Petitioner : | |
| : | No. 1:16-cv-2101 |
| v. : | |
| : | (Judge Kane) |
| **DAUPHIN COUNTY COURT** : | (Chief Magistrate Judge Schwab) |
| **OF COMMON PLEAS,** : | |
|    Respondent : | |

### ORDER

Before the Court in the above-captioned action is the January 31, 2017 Report and Recommendation of Chief Magistrate Judge Schwab. (Doc. No. 6.) No timely objections have been filed. **ACCORDINGLY**, this 21st day of February 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 6), of Chief Magistrate Judge Schwab;

2. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED** for lack of jurisdiction, as it appears from the face of the petition that Petitioner is not "in custody;" and

3. The Clerk of Court is directed to close the case.

                                                                        s/ Yvette Kane
                                                                        Yvette Kane, District Judge
                                                                        United States District Court
                                                                        Middle District of Pennsylvania